IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
BRIAN JAKE PARSONS,         )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      1:16cv120-MHT
                            )          (WO)
WILLIAM K. MADDOX,          )
Sheriff, et al.,            )
                            )
    Defendants.             )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a county jail inmate, filed this lawsuit complaining about discipline he was subjected to without due process while in jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case should be dismissed for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 4th day of November, 2016.

                                     /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**